**Ruel D. LATOJA, Plaintiff–Appellant,**

v.

**CARNIVAL CORPORATION, d.b.a. Carnival Cruise Lines Incorporated, Defendant–Appellee.**

No. 04–11681

Non–Argument Calendar.

D.C. Docket No. 03–23195–CV–UUB.

United States Court of Appeals, Eleventh Circuit.

Sept. 21, 2005.

Beverly A. Pohl, Bruce Rogow, Bruce S. Rogow, P.A., Fort Lauderdale, FL, for Plaintiff–Appellant.

designation.

Christopher John Bailey, Mase & Gassenheimer, P.A., Miami, FL, for Defendant–Appellee.

Before ANDERSON, BLACK and CARNES, Circuit Judges.

PER CURIAM:

As the appellant, Ruel D. Latoja, candidly concedes, his position in this appeal is squarely foreclosed by our decision earlier this year in *Bautista v. Star Cruises*, 396 F.3d 1289 (11th Cir.2005). There is no material distinction between the two cases. Latoja seeks only to preserve his ability to seek certiorari review in the United States Supreme Court, and he has done that.

AFFIRMED.